870 A.2d 318

**GLENBROOK LEASING COMPANY, Petitioner,**

v.

**Michael F. BEAUSANG, Jr., Esquire and Butera, Beausang, Cohen & Brennan, Respondents.**

Supreme Court of Pennsylvania.

March 11, 2005.

## ORDER

PER CURIAM.

**AND NOW,** this 11th day of March, 2005, the Petition for Allowance of Appeal is **GRANTED,** but **LIMITED** to the following issue:

1. Whether the continuous representation rule should be adopted in Pennsylvania to toll the applicable statute of limitations in an action for legal malpractice?